IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK ALLEN MCDANIEL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv586 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of United States Magistrate Judge, which contains proposed findings of fact, conclusions of law and recommendations for the dismissal of this action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that the petition for writ of habeas corpus is **DENIED**. A certificate of appealability is also **DENIED**. Finally, all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 22nd day of March, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE